DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBA DUQUE,**
Appellant,

v.

**CHABAD AT THE CIVIC CENTER, INC.,**
Appellee.

No. 4D2025-3385

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 062019CA012751AXXXCE.

Alba Duque, Hollywood, pro se.

Jonathan Edward Groth and Daniel Gielchinsky of DGIM Law, PLLC, Aventura, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***